UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION


FILED
SEP 0 1 2010

```
*****************************************************
                             *
ANDREA G. BJORNESTAD,        *    CIV 08-4105
                             *
         Plaintiff,          *
                             *
     -vs-                    *    VERDICT FORM
                             *
PROGRESSIVE NORTHERN         *
INSURANCE COMPANY,           *
                             *
         Defendant.          *
                             *
*****************************************************
```

We, the jury, duly empaneled in the above-entitled case, find the following verdict on the questions submitted to us:

I. UNDERINSURED MOTORIST CLAIM

1. Was plaintiff injured by the negligence of Nycole Marie Hansen in an automobile accident on December 7, 2005?

   √  YES            _____ NO

(If you answered "yes" to this question, you should answer the next questions; if you answered "no" you should disregard the next questions and go on to the bad faith claim in Part II below).

2. Do plaintiff's damages caused by Nycole Marie Hansen's negligence exceed $30,000?

   √  YES            _____ NO

(If you answered "no" you should disregard the next

question and go on to the bad faith claim). If you answered "yes", how much is plaintiff entitled to recover from defendant for underinsured motorist benefits?

$ __75,000__ (this amount cannot exceed $75,000.00).

3. Do you find that plaintiff is entitled to prejudgment interest?

__✓__ YES  _____ NO

(If you answered "no" disregard the next question and go on to the bad faith claim in Part II below). If you answered "yes", what amount of money is plaintiff entitled to recover prejudgment interest on? $__75,000__; and what date should the interest begin? __1/29/08__.

II. BAD FAITH CLAIM

4. Did the defendant act in bad faith in handling plaintiff's claim for underinsured motorist benefits?

_____ YES  __✓__ NO

(If you answered "no", you may disregard the balance of this form and have your foreperson sign and date the verdict form. If you answered "yes", please answer the following question.)

    5.  What amount of money is plaintiff entitled to recover for defendant's bad faith conduct?  $_____.

    6.  Is the plaintiff entitled to recover punitive damages from the defendant?

    _____YES          _____NO

(If you answered "no", you may disregard the balance of this question.)  If you answered "yes", what amount of money is plaintiff entitled to recover as punitive damages? $_____.

Dated this ___1st___ day of September, 2010.

_____
Foreperson