UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



****************************************************************************

| | | |
|---|---|---|
| ANDREA G. BJORNESTAD, | * | CIV 08-4105 |
| Plaintiff, | * | |
| vs. | * | JUDGMENT |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | * | |
| Defendant. | * | |

****************************************************************************

In accordance with the Verdict of the jury rendered on September 1, 2010,

IT IS ORDERED, ADJUDGED, and DECREED:

1. That on the Underinsured Motorist Claim the Court enters Judgment in favor of plaintiff Andrea G. Bjornestad and against defendant Progressive Northern Insurance Company in the total amount of $75,000.00.

2. That defendant Progressive Northern Insurance Company will pay to plaintiff Andrea G. Bjornestad prejudgment interest on the amount of $75,000.00 awarded by the jury at the Category B rate of ten (10) percent per year from January 29, 2008, to the date of entry of Judgment.

3. That on the Bad Faith Claim the Court enters Judgment in favor of defendant Progressive Northern Insurance Company.

4. That plaintiff Andrea G. Bjornestad is entitled to costs under 28 U.S.C. § 1920 in the amount of $_____, to be hereinafter determined by the Clerk and inserted in this Judgment.

Dated this 2nd day of September, 2010.

BY THE COURT:

John B. Jones
United States Senior Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
DEPUTY